1  **LEONARDO LAW OFFICES, P.L.L.C.**
   Nathan D. Leonardo, Esq.
2  Arizona State Bar No. 018835
   2632 N. Campbell Ave.
3  Tucson, Arizona 85719
   Telephone:   (520) 314-4125
4  Facsimile:    (520) 314-4126
   Nathan@leonardolawoffices.com
5  Attorney for Defendant

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF ARIZONA**

8

9  United States of America,                CR 17-0291-RCC-LAB

10              Plaintiff,          **MOTION TO EXTEND TIME FOR
                                    SELF SURRENDER**
11  v.

12  Fawn Eveningstar Manuel,

13              Defendant.

14         The defendant, Fawn Manuel, by and through counsel undersigned, hereby moves this Court to

15 extend the time at which she must self-surrender to begin her prison sentence. This Court originally ordered

16 Ms. Manuel to self-surrender by 12:00 p.m. on January 8, 2018, to begin serving her 10-month sentence.

17 Ms. Manuel has seven minor children, including a two-month-old infant. Her boyfriend, Antonio Pasqual

18

19 Aguilar-Sanchez, who is the father of her two-month-old child, is in custody and scheduled to be sentenced

20 in this case on January 17, 2018. Ms. Manuel would like to be present for his sentencing and is hopeful that

21 he will receive a time-served sentence so that he can help care for her children while she is in prison. If he is

22 not released, Ms. Manuel's sister will be left to care for all seven of Ms. Manuel's children.

23         Ms. Manuel is concerned that her sister won't be able to handle all seven children on her own

24 because she works, has no vehicle, and uses the bus for transportation. Thus, if Mr. Aguilar-Sanchez is

25 sentenced to additional time, she respectfully requests that her self-surrender date be rescheduled

26

                                   1

approximately two weeks after his January 17 sentencing so that she can attempt to make additional arraignments for her children.

Undersigned counsel attempted to contact the assigned AUSA, Adam Rossi, to get his position on this motion, but he is out of the office until January 8, 2018.

RESPECTFULLY SUBMITTED this 28th day of December, 2017.

*/s/Nathan Leonardo*
Nathan D. Leonardo
Attorney for Defendant